JONES DAY
PATRICK HANEY (SBN 266399)
51 Louisiana Ave N.W.
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
Email: phaney@jonesday.com
Attorney for Defendant
R.J. REYNOLDS TOBACCO COMPANY

ARNOLD & PORTER KAYE SCHOLER LLP
SEAN MORRIS (SBN 200368)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199
Email: Sean.Morris@arnoldporter.com
Attorney for Defendant
PHILIP MORRIS USA INC.

(additional counsel identified in signature blocks below)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CITY OF FRESNO,

Plaintiff,

vs.

PHILIP MORRIS USA INC., ALTRIA GROUP, INC., R.J. REYNOLDS TOBACCO COMPANY, REYNOLDS AMERICAN INC., SANTA FE NATURAL TOBACCO COMPANY, INC., BRITISH AMERICAN TOBACCO P.L.C., ITG BRANDS, LLC, LIGGETT GROUP, LLC, LIGGETT VECTOR BRANDS LLC, PITCO TOBACCO, INC., and DOES 1 THROUGH 100,

Defendants.

Case No.: 1:26-cv-06899

Magistrate Judge Frank J. Singer

Removed from Fresno Superior Court, Case No. 26CU02087

**NOTICE OF RELATED CASES**

Complaint Filed: July 17, 2026

Hearing: ______________________

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

1. Pursuant to Eastern District of California Local Rule 123(b), R.J. REYNOLDS TOBACCO COMPANY and PHILIP MORRIS USA INC., through their undersigned counsel (collectively, the "Removing Defendants"), give notice of the related action, *County of Sacramento v. Philip Morris USA Inc., et al.*, Eastern District of California, Case No. 2:26-cv-02939 (removed from Sacramento County Superior Court Case No. 26CV017286). The Removing Defendants simultaneously filed Notices of Removal in both actions in the United States District Court for the Eastern District of California. This action was removed from Fresno County Superior Court Case No. 26CU02087.

2. These actions are related under Local Rule 123(a) because both name the same ten defendants, arise from the same alleged conduct—the design, manufacture, marketing, distribution, and sale of filtered cigarettes incorporating non-biodegradable cellulose acetate plastic filters that are discarded into the environment, and assert the same causes of action under California law: public nuisance, continuing trespass, negligence-design defect, strict liability-design defect, unjust enrichment/restitution, and violation of California Business and Professions Code sections 17200 et seq., for which Fresno seeks declaratory relief, and injunctive relief and abatement. Both complaints present common questions of fact and law and were filed on July 17, 2026.

3. Assignment to a single Judge is appropriate under Local Rule 123(a)(3) and (4) because both actions seek removal and will require resolution of common threshold legal issues and will involve overlapping discovery. Assignment to the same Judge would conserve the resources of the Court.

4. For the foregoing reasons, the Removing Defendants respectfully request that the Court deem the *County of Sacramento v. Philip Morris USA Inc., et al.* and *City of Fresno v. Philip Morris USA Inc., et al.* actions related and assign both cases to the same Judge.

Dated: September 1, 2026

JONES DAY

By: */s/ Patrick Haney*

PATRICK HANEY (SBN 266399)
JONES DAY
51 Louisiana Ave N.W.
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
Email: phaney@jonesday.com
Attorney for Defendant
R.J. REYNOLDS TOBACCO COMPANY

Dated: September 1, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Sean Morris*

SEAN MORRIS (SBN 200368)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199
Email: Sean.Morris@arnoldporter.com

MEREDITH B. OSBORN (SBN 250467)
Meredith.Osborn@arnoldporter.com
TOMMY HUYNH (SBN 306222)
Tommy.Huynh@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
Attorneys for Defendant PHILIP MORRIS USA INC.