UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CITY OF FRESNO,

Plaintiff,

vs.

PHILIP MORRIS USA INC., ALTRIA GROUP, INC., R.J. REYNOLDS TOBACCO COMPANY, REYNOLDS AMERICAN INC., SANTA FE NATURAL TOBACCO COMPANY, INC., BRITISH AMERICAN TOBACCO P.L.C., ITG BRANDS, LLC, LIGGETT GROUP, LLC, LIGGETT VECTOR BRANDS LLC, PITCO TOBACCO, INC., and DOES 1 THROUGH 100,

Defendants.

Case No.: 1:26-cv-06899-FJS

ORDER ON STIPULATION FOR EXTENSION OF DEADLINES

(ECF No. 7)

This matter was removed to federal court on August 28, 2026. (ECF No. 1.) On September 2, 2026, the parties filed a stipulation seeking to have the deadline for Defendants' response to the operative pleading set based on the court's resolution of a motion for remand. (ECF No. 7.) Plaintiff, however, has not filed a motion for remand. Rather than presuppose that such a motion will be filed, the court will instead set a deadline for Defendants to respond to the operative complaint that falls after the time for Plaintiff to move for remand. *See* 28 U.S.C. § 1447(c). If Plaintiff does not move for remand, Defendants will respond and the case can proceed. If Plaintiff moves for remand, Defendants' response deadline will be suspended and reset in the court's order resolving the remand motion.

Accordingly, the court ORDERS:

1. That Defendants' response to Plaintiff's operative complaint shall be filed by October 19, 2026; and

2. If Plaintiff timely moves for remand prior to October 19, 2026, Defendants' October 19, 2026, deadline will be suspended and reset in the court's order resolving Plaintiff's remand motion.

IT IS SO ORDERED.

Dated: **September 4, 2026**

UNITED STATES MAGISTRATE JUDGE