UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC., et. al.,<br><br>Defendants. | Case No. 1:26-cv-06899-KES-FJS<br><br>ORDER GRANTING PHILIP A. PFEFFER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 31) |

Before the court is the application of Philip A. Pfeffer, attorney for Defendants R.J. Reynolds Tobacco Company and Santa Fe Natural Tobacco Company, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **October 20, 2026**

UNITED STATES MAGISTRATE JUDGE