UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br>Plaintiff,<br>v.<br>PHILIP MORRIS USA INC., et al.,<br>Defendants. | Case No. 1:26-CV-06899-KES-FJS<br><br>ORDER GRANTING ATTORNEY THOMAS C. PEARCE ADMISSION TO PRACTICE PRO HAC VICE<br><br>(ECF No. 41) |

Before the court is the application of Thomas C. Pearce, attorney for Defendant ITG BRANDS, LLC, for admission to practice pro hac vice. L.R. 180(b)(2). Following review, the application for admission to practice pro hac vice is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **November 5, 2026**

UNITED STATES MAGISTRATE JUDGE